**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6722**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RODERICK WARNER WHELESS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:07-cr-00230-WO-1)

_____

Submitted:  August 29, 2025                          Decided:  October 9, 2025

_____

Before KING, HARRIS, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Roderick Warner Wheless, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Warner Wheless appeals the district court's order denying his motion for a sentence reduction or compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Wheless,* No. 1:07-cr-00230-WO-1 (M.D.N.C. July 11, 2024); *see also United States v. Davis*, 99 F.4th 647, 659 (4th Cir. 2024) ("Even if a district court abuses its discretion in assessing whether the defendant presents extraordinary and compelling reasons for release, this Court may still affirm if the district court's consideration of the [18 U.S.C.] § 3553(a) factors was sound."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*